383 P.3d 137

Jennifer Marie CANNON,
Plaintiff-Appellee,

v.

Maurice Antonio CANNON,
Defendant-Appellant

NO. CAAP-15-0000597

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
August 30, 2016.

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D NO. 14-1-1517)

SUMMARY DISPOSITION ORDER

Affirm.

383 P.3d 137

Williamae Hinano ALAMA,
Plaintiff-Appellee,

v.

Nalayne M. KAHANAOI, et al.; John and Jane Does 1-20, Defendants-Appellants

NO. CAAP-13-0004207

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
August 30, 2016.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 11-1-0987-05 GWBC)

SUMMARY DISPOSITION ORDER

Affirmed.

383 P.3d 137

SHIGEZO HAWAII, INC., a Hawai'i
Corporation, Plaintiff–
Appellant,

v.

SOY TO THE WORLD INCORPORATED, a Hawai'i Corporation; Inoc Corporation, a Hawai'i Corporation, dba Soy to the World; Emi Yamada, dba Hana Soy; Munehiro Yamada; Yuji Iwata; Yoshihiro Watanabe; Fujiya Honpo, Inc., a Hawai'i Corporation; Adamays, LLC; Defendants–Appellees,

and

John Does 1–20; Jane Does 1–20; Doe Partnerships 1–20; Doe Corporations 1–20; Doe Government Entities 1–20, Defendants

CAAP–14–0000920

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
August 31, 2016.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CIVIL NO. 08–1–2586)

SUMMARY DISPOSITION ORDER

Vacate. Affirm. Remand.